AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Eduardo Roman-Martinez

United States District Court
Southern District of Texas
FILED
DEC 21 2018
, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-18-2629-M

IAE   YOB: 1998
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 20, 2018** in **Hidalgo** County, in the **Southern** District of **Texas**
(Track Statutory Language of Offense)
being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Alton, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Eduardo Roman-Martinez was encountered by Border Patrol Agents near Alton, Texas on December 20, 2018. The investigating Agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on November 12, 2018, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on November 8, 2018 through Hidalgo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint:   [ ] Yes  [X] No

Signature of Complainant

Sworn to before me and subscribed in my presence,

December 21, 2018 - 3:53 p.m.

Nicolas L. Burgos    Senior Patrol Agent

Juan F. Alanis                    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer